**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert Geoffrey Davis, | Case No. 2:23-cv-01208-APG-VCF |
| Petitioner, | **Order** |
| v. | |
| Gabriela Najera, et. al, | [ECF No. 9] |
| Respondents. | |

Petitioner moves for an extension of time within which to file his amended petition under 28 U.S.C. § 2254. The motion appears to be filed in good faith and not for the purpose of delay. In addition, petitioner's counsel represents that opposing counsel does not object to the extension.

I THEREFORE ORDER that the motion to extend time (ECF No. 9) is GRANTED. The new deadline for the amended petition is **December 20, 2023**. In all other respects, my scheduling order (ECF No. 8) remains in effect.

Dated: October 11, 2023.

_____
U.S. District Judge Andrew P. Gordon