Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Robert Geoffrey Davis

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Robert Geoffrey Davis, | Case No. 2:23-cv-01208-APG-MDC |
| Petitioner, | **Unopposed Motion to Extend Time to File Second Amended Petition** |
| v. | |
| Gabriela Najera, *et al.*, | **(First Request)** |
| Respondents. | |

## POINTS AND AUTHORITIES

Petitioner Robert Geoffrey Davis respectfully moves for an extension of 45 days to file his Second Amended Petition under 28 U.S.C. § 2254, up to and including May 16, 2024. The Second Amended Petition is currently due on April 1, 2023.[1] Respondents, by Deputy Attorney General Elsa Felgar, do not object to this request for an extension. Respondents' lack of objection should not be construed as a waiver or concession of any kind or construed as agreeing with the accuracy of the representations in this motion. This is Davis's first request for an extension.

On December 20, 2023, Davis filed his first amended petition and moved for leave to file a second amended petition.[2] Davis filed his first amended petition to meet the statutory AEDPA deadline. On February 14, 2024, this Court granted Davis's motion to amend his petition.[3]

Davis filed his motion for leave to amend his petition so that he could further investigate his case.[4] Counsel has been diligently investigating his case by litigating a motion to unseal court records in the Second Judicial District Court, Washoe County, Nevada. Counsel also recently met with Davis at Southern Desert Correctional Center to discuss his case. Counsel needs more time to continue investigating Davis's case.

This motion is not filed for the purposes of delay, but in the interests of justice and the interests of Davis. Counsel respectfully asks this Court to grant Davis's request to extend the time for filing his amended petition by 45 days until May 16, 2024.

---

[1] *See* ECR No. 8.
[2] ECF Nos. 12, 14.
[3] ECF No. 19.
[4] ECF No. 14 at 2.

Dated March 29, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ron Y. Sung*
Ron Y. Sung
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: March 29, 2024

3