AARON D. FORD
  Attorney General
LESLIE A. HEALER (Bar No. 16710)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701
(775) 684-1203 (phone)
(775) 684-1108 (fax)
lhealer@ag.nv.gov
*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GEOFFREY DAVIS, | Case No.: 2:23-cv-01208-APG-MDC |
| Petitioner, | **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO (1) RESPOND TO PETITIONER'S SECOND-AMENDED PETITION (2) RESPOND TO PETITIONER'S MOTION TO CONDUCT DISCOVERY (SECOND REQUEST)** |
| vs. | |
| GABRIELA NAJERA, *et al.*, | |
| Respondents | |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leslie A. Healer, Deputy Attorney General, respectfully move this Court for an enlargement of (1) 33-days, or up to and including August 16, 2024, in which to file and serve their response to the second-amended petition for writ of habeas corpus. ECF No. 22; (2) 50-days, or up to and including August 16, 2024, in which to file and serve their response to motion to conduct discovery.

This motion is based on the provisions of Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers and pleadings on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    This is Respondents' second request for an enlargement of time to file and serve their responses,

2  and this motion is made in good faith and not for the purpose of unnecessary delay.

3    RESPECTFULLY SUBMITTED this 28th day of June, 2024.

4                                         AARON D. FORD
                                          Attorney General

5
                                          By: /s/ Leslie A. Healer
6                                             LESLIE A. HEALER (Bar No. 16710)
                                              Deputy Attorney General
7

8

9

10

11   IT IS SO ORDERED:

12   Dated:   July 8, 2024

13
                                          _____
14                                        ANDREW P. GORDON
                                          UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28