Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Robert Geoffrey Davis

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Robert Geoffrey Davis,<br><br>        Petitioner,<br><br>   v.<br><br>Gabriela Najera, *et al.*,<br><br>        Respondents. | Case No. 2:23-cv-01208-APG-MDC<br><br>**ORDER GRANTING**<br><br>**Unopposed Motion to Extend Time to File Reply to Answer (ECF No. 55)**<br><br>**(First Request)** |

## Points and Authorities

Petitioner Robert Geoffrey Davis respectfully moves for an extension to file his Reply to Answer by 60 days until December 6, 2025. The Reply to Answer is currently due on October 6, 2025.[1] Respondents, by Deputy Attorney General Leslie Healer, do not object to this request for an extension. Respondents' lack of objection should not be construed as a waiver or concession of any kind or construed as agreeing with the accuracy of the representations in this motion. This is Davis's first request for an extension.

Respondents filed their Answer to Davis's Second Amended Petition on August 22, 2025.[2] Counsel for Davis has been diligent in working on this case, but counsel has also been working on the opening brief in the Ninth Circuit in *Burns v. Bean*, Case No. 25-4932, an Amended Petition in *Drummond v. Breitenbach,* 3:24-cv-00504-ART-CLB, and a Reply to Answer in *Johnson v. Nevada Attorney General*, 2:22-cv-00462-APG-EJY.

///
///
///
///
///
///
///
///
///

---

[1] *See* ECR No. 8.
[2] ECF No. 55.

1  This motion is not filed for the purposes of delay, but in the interests of justice
2  and the interests of Davis. Counsel respectfully asks this Court to grant Davis's
3  request to extend the time to file his Reply to Answer by 60 days until December 6,
4  2025.

5  Dated September 25, 2025.

    Respectfully submitted,

    Rene L. Valladares
    Federal Public Defender

    */s/ Ron Y. Sung*
    Ron Y. Sung
    Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: September 25, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE